No. 79–5848. BEARDSLEE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–5850. RABAGO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 79–5852. ZUNIGA *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–5854. CRAWFORD *v.* DIAL, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–5855. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5856. OWEN *v.* HEYNE ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–5859. WHITE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–5862. HAYDEN *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 79–5865. WAGNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5866. DORTCH *v.* FENTON, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 79–5868. MOORE *v.* MEDICAB OF MICHIGAN, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–5869. TONEY, DBA TRADEWINDS LTD., INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5870. COLE *v.* LANE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.